**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| **vs.** | § | **NO:    MO:25-CV-00367-DC-DTG** |
| | § | |
| **GOOGLE LLC** | § | |
| *Defendant* | | |

# ORDER GRANTING MOTION AND CANCELLING MARKMAN HEARING

Be it remembered that on this the 18th day of February, 2026, came on to be considered the foregoing Joint Motion to Vacate Markman Hearing (ECF 69) and the Court having considered the motion, it is therefore ORDERED that the aforesaid Motion is hereby GRANTED.

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for MARKMAN HEARING, on March 24, 2026 at 9:00 AM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **18th day of February, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE